United States District Court
Eastern District of New York

_____

NOTICE OF
RELATED CASE

_____
_____

The Civil Cover Sheet filed in civil action

___19___ CV __3496__ (FB)(LB)

indicated that this case is related to the following case(s):

_____19-cv-2929(NGG)_____

_____

_____