**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 3 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KATHY DREW KING, Regional Director of
Region 29 of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR
RELATIONS BOARD
    Petitioner

CV 19-3496

v.

CONSTRUCTION & GENERAL BUILDING
LABORERS' LOCAL 79, LABORERS'
INTERNATIONAL UNION OF NORTH AMERICA
    Respondent

~~BLOCK, J.~~

~~BLOOM, M.J.~~

### ~~(PROPOSED)~~ ORDER TO SHOW CAUSE

The petition of Kathy Drew King, ("Petitioner") Regional Director of the Twenty Ninth Region of the National Labor Relations Board ("Board"), having been filed in this Court pursuant to § 10(l) of the National Labor Relations Act ("the Act"), as amended, 29 U.S.C. § 160(l), praying for issuance of a ~~preliminary injunction~~ **temporary restraining order** against Construction & General Building Laborers' Local 79, Laborers' International Union of North America ("Respondent"), and praying for issuance of an order directing Respondent to show cause why a ~~preliminary injunction~~ **temporary restraining order** should not be granted pending the final disposition of the matters now pending before the Board in Case 29-CC-241297, and good cause appearing therefore,

IT IS ORDERED that Respondent appear and show cause, if any there be, in Court Room **10 C** at the United States courthouse in Brooklyn, New York, on the **19th** day of **June**, 2019, at **2:30 pm** or as soon thereafter as counsel can be heard, why, pending the final disposition of the matters involved pending before the Board, Respondent, its officers, representatives, agents, servants, employees, attorneys, and all members and persons acting in concert, or participating with them should not be enjoined and restrained as prayed in said petition, and it is hereby

FURTHER ORDERED that Respondent shall submit a written response to this order by 5:00 pm on Tuesday, June 18, 2019. ~~that service on the Respondent of a copy of this Order to Show Cause and of the Petition upon which it is issued, be made on or before the ___ day of _____, 2019, and that Respondent shall file and serve an Answer to the Petition no later than ___ of _____, 2019. Service of a copy of this Order to Show Cause and the Petition, in any manner provided for by the Rules of Civil Procedure for District Courts of the United States, or by certified mail by an agent of the Applicant, shall be deemed good and sufficient service, and proof of such service shall be filed with the Court.~~

This order is addressed solely to the request for a temporary restraining order. ~~Requests~~ Any request for preliminary injunctive relief should be directed to the assigned judge.

Dated at Brooklyn, New York, this 14 day of June 2019.

/S/ Frederic Block 6/14/2019
United States District Judge