

**Joseph J. Vitale, Partner**
Tel:   212.356.0238
Fax:   646.473.8238
Cell:   917.514.9478
jvitale@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

August 13, 2019

By Electronic Case Filing

Magistrate Judge Vera M. Scanlon
U.S. District Court for the
 Eastern District of New York
225 Cadman Plaza, East
Brooklyn, New York 11201

      Re:   King v. Construction and General Building Laborers'
             Local 79, Civil Action No. 1:19-cv-3496 (NGG) (VMS)

Dear Judge Scanlon:

      I write on behalf of Respondent Construction and General Building Laborers' Local 79 ("Local 79") in response to the letter dated August 12 (Docket No. 25) by Petitioner.

      In her letter, counsel for the Petitioner correctly notes that the Petition sought only preliminary injunctive relief, that request was denied, and "there is no further matter before the Court."

      Counsel for the Petitioner also correctly notes that "the instant matter [being] closed [will have] no bearing on" the related case (19-cv-02929).

      Local 79 therefore has no objection to the cancellation of the Initial Conference scheduled for August 20 and for this matter being closed.

                                                                Respectfully submitted,

                                                               *Joseph J. Vitale*

                                                               Joseph J. Vitale

cc:    Erin E. Schaefer
        James P. Anelli

01109924.1